IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UN SIK KIM,

        Plaintiff,

        v.

INTERNAL REVENUE SERVICE,

        Defendant.

Case No. 2:91-CV-1601 WBS PAN

**ORDER GRANTING NOTICE OF RENEWAL OF JUDGMENT**

Notice is hereby given that the judgment entered in this case on May 18, 1994, in favor of the United States and against Un Sik Kim in the sum of $133,762.16 plus statutory interest (26 U.S.C. § 6621) from January 4, 1994, is hereby renewed.

**IT IS ORDERED AND ADJUDGED** that the foregoing notice of renewal of final judgment is hereby approved.

**Dated: May 16, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-